# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ADAM MICHAEL JAMES |
| **Case Number:** | 2:18-BK-13314-MCW    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, MARCH 05, 2019 10:00 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

## *Matter:*

**ADV: 2-19-00001**

SCHEDULING CONFERENCE ON ADVERSARY COMPLAINT FOR (1) DETERMINATION THAT DEBT IS EXCEPTED FROM DISCHARGE UNDER 11 U.S.C. §523(a)(6); AND (2) DENIAL OF DISCHARGE UNDER 11 U.S.C. §727(a)(2)(A)

R / M #:   6 / 0

## *Appearances:*

JODY A. CORRALES (T), ATTORNEY FOR HUGHES FEDERAL CREDIT UNION
CHRIS DUTKIEWICZ (T), ATTORNEY FOR ADAM JAMES (whom is also present)

## *Proceedings:*

Mr. Dutkiewicz stated he will be filing a notice of appearance.

Ms. Corrales stated her position noting she will contact counsel to prepare a scheduling order. She stated her intent to file a motion for summary judgment.

The court will establish deadlines and continue this hearing.

COURT: IT IS ORDERED ESTABLISHING MAY 31, 2019 AS THE DISCOVERY DEADLINE AND AUGUST 2, 2019 AS THE DEADLINE FOR THE PARTIES TO FILE ANY DISPOSITIVE MOTION. IT IS FURTHER ORDERED CONTINUING THIS HEARING TO AUGUST 6, 2019 AT 10:00 AM, AT WHICH TIME THE COURT MAY SET A TRIAL IF THE PARTIES DO NOT FILE DISPOSITIVE MOTIONS. IF A DISPOSITIVE MOTION IS FILED, THE COURT WILL CONTINUE OR VACATE THE CONTINUED STATUS HEARING AND SET ORAL ARGUMENT ON THE MOTION. THE PARTIES WILL CONTACT CHAMBERS IF THE STATUS HEARING NEEDS TO BE CONTINUED.